UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVRAHAM ARMOZA,

    Plaintiff,

v.

MELISSA KAMINS ARMOZA,

    Defendant.

Case No. 14-cv-04766-MEJ

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Maria-Elena James. It is hereby ordered, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on January 29, 2015, at 10:00 A.M., in Courtroom B, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Counsel shall meet and confer as required by Fed. R. Civ. P. 26(f) prior to the Case Management Conference with respect to those subjects set forth in Fed. R. Civ. P. 16(c). **Not less than seven (7) days** before the conference, counsel shall file a joint case management statement addressing each of the items listed in the "Standing Order For All Judges of the Northern District - Contents of Joint Case Management statement," which is attached to this order and can also be found on the court's website. A proposed order is not necessary. Each party shall appear personally or by counsel prepared to address all of the matters referred to in this Order and with authority to enter stipulations and make admissions pursuant to this Order. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, **at least ten (10) days** before the date of the conference and must be based upon good cause.

**IT IS SO ORDERED.**

Dated: November 19, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge