1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    AVRAHAM ARMOZA,                          Case No.  14-cv-04766-MEJ

            Plaintiff,

8                                             **CONDITIONAL DISMISSAL**

          v.

9

10   MELISSA KAMINS ARMOZA,

            Defendant.

11

12

13        The Court having been advised that the parties have agreed to a settlement of this case, **IT

14   IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.  However, if

15   any party hereto shall certify to this Court, within ninety (90) days, with proof of service thereof,

16   that the agreed consideration for said settlement has not been delivered over, the foregoing order

17   shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  If

18   no certification is filed after passage of ninety (90) days, the dismissal shall be **with** prejudice.

19        **IT IS SO ORDERED.**

20

21   Dated: January 19, 2016

22                                             _____

23                                             MARIA-ELENA JAMES
                                               United States Magistrate Judge

24

25

26

27

28

*(left margin, vertical text)* United States District Court / Northern District of California