UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVRAHAM ARMOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>MELISSA KAMINS ARMOZA,<br><br>    Defendant. | Case No. 14-cv-04766-MEJ<br><br>**ORDER VACATING CONDITIONAL DISMISSAL AND SETTINC CMC** |

On January 19, 2016, the Court conditionally dismissed this case without prejudice pursuant to the parties' settlement agreement. As Respondent has filed a Motion to Enforce Settlement, the conditional dismissal is hereby VACATED. The Court shall conduct a case management conference on May 5, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by April 20, 2016. The statement shall contain the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders. The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms. Respondent's Motion to Enforce Settlement is DENIED WITHOUT PREJUDICE and may be re-noticed after the case management conference, if necessary.

    **IT IS SO ORDERED.**

Dated: April 18, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge