UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVRAHAM ARMOZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MELISSA KAMINS ARMOZA,<br><br>　　　　　Defendant. | Case No. 14-cv-04766-MEJ<br><br>**ORDER TO FILE STATUS REPORT** |

　　　　On April 29, 2016, the Court referred this matter to Magistrate Judge Nandor Vadas for settlement purposes and ordered the parties to file a joint status report within 14 days of completion of the mediation process with Judge Vadas. Dkt. No. 46. Judge Vadas' Minute Entry from June 15, 2016 indicates the parties had an agreement and "signature is pending." Dkt. No. 50. However, the parties have not filed any dismissal, stipulation, or other status report to the Court since that time. The Court thus **ORDERS** the parties to file a status report by July 26, 2016. No chambers copy is required.

　　　　**IT IS SO ORDERED.**

Dated: July 18, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge