UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVRAHAM ARMOZA,<br><br>                    Petitioner,<br><br>     v.<br><br>MELISSA KAMINS ARMOZA,<br><br>                    Respondent. | Case No. 14-cv-04766-MEJ<br><br>**ORDER RE: STATUS REPORT AND GRANTING REQUEST TO FILE MOTION TO ENFORCE SETTLEMENT**<br><br>Re: Dkt. No. 52 |

The Court is in receipt of the parties' joint status report, filed July 26, 2016. Dkt. No. 52. In light of this report, the Court grants Respondent Melissa Kamins Armoza's request to file a motion to enforce the parties' settlement. Respondent shall file her motion by August 25, 2016, in accordance with Civil Local Rule 7-2. If the parties resolve this dispute and finalize their settlement agreement at any point, they shall promptly notify the Court.

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge